Joseph S. Davidson, *Pro Hac Vice* (Ill. Bar No. 6301581)
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
Telephone: 630-575-8181
Facsimile: 630-581-8188
E-Mail: jdavidson@sulaimanlaw.com

*Attorney for the Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No. 4:19-cv-02753-HSG

ROSA TORRES GARCIA,

Plaintiff,

v.

LENDIFY FINANCIAL LLC,

Defendant.

**ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff, Rosa Torres Garcia, and Defendant, Lendify Financial LLC, acting through counsel, having filed with this Court their Joint Stipulation for Dismissal with Prejudice and the Court having reviewed same, hereby ORDERED:

1. The stipulation is approved. The action against Lendify Financial LLC is hereby dismissed with prejudice.

Dated: 8/14/2019

_____
UNITED STATES DISTRICT JUDGE

1